[No. 56478-1-I. Division One. August 28, 2006.]

MICHELE A. ROHALY, *Appellant*, v. RAINBOW PLAYGROUND
DEPOT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-34649-9, George T. Mattson, J., entered
June 8, 2004. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Schindler, J., con-
curred in by Appelwick, C.J., and Becker, J.

[No. 56700-4-I. Division One. August 28, 2006.]

JUDY ANN MCBRIDE, *as Personal Representative, Appellant*,
v. LONGVIEW, PORTLAND & NORTHERN RAILWAY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-17554-6, Sharon S. Armstrong, J., entered
July 15, 2005. *Affirmed* by unpublished opinion per
Appelwick, C.J., concurred in by Coleman and Grosse, JJ.

[No. 57142-7-I. Division One. August 28, 2006.]

DAVID BEARD, *Appellant*, v. EDWARD D. JONES & COMPANY,
L.P., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 05-2-04360-1, John P. Erlick, J., entered Octo-
ber 6, 2005. *Reversed* and *remanded* by unpublished opin-
ion per Cox, J., concurred in by Schindler, A.C.J., and
Grosse, J.

[No. 57840-5-I. Division One. August 28, 2006.]

MICHAEL T. BELL, *Appellant*, v. MARY ANNA LEPPARD,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-00150-1, Mary E. Roberts, J., entered
March 19, 2004. *Affirmed* by unpublished per curiam opinion.